**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) Case No. 2-08-BK-18235-CGC |
| | ) |
| DAVIS, TNAYA D., | ) Chapter 7 |
| | ) |
| Debtor. | ) **APPLICATION FOR ORDER FOR** |
| | ) **PAYMENT OF UNCLAIMED** |
| | ) **FUNDS TO U.S. BANKRUPTCY** |
| | ) **COURT** |
| | ) |
| _____ | ) |

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient address and no other address for this creditor is on file with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3005 | 3/31/10 | TNAYA DAVIS<br>6622 NORTH 52ND DRIVE<br>GLENDALE, AZ 85301 | $731.63 |

Dated this 28th day of April, 2010.

/s/ David M. Reaves
David M. Reaves,
Chapter 7 Trustee

1